1  JIM T. ELIA, 79995
   ATTORNEY AT LAW
2  2300 TULARE STREET, SUITE 140
   FRESNO, CALIFORNIA 93721
3
   TELEPHONE:  (559) 498-3600          FACSIMILE: (559) 498-6391
4
5  ATTORNEY FOR DEFENDANT FIRME HASAN HAJJAJ

6            **IN THE UNITED STATES DISTRICT COURT**

7            **FOR THE EASTERN DISTRICT OF CALIFORNIA**

8

| | |
|---|---|
| UNITED STATES OF AMERICA ) | **CASE NO: 97-CR-5054 REC** |
| Plaintiff, ) | |
| ) | **APPLICATION FOR ORDER** |
| v. ) | **EXONERATING BOND AND FOR** |
| ) | **RECONVEYANCE OF REAL** |
| FIRME HASAN HAJJAJ ) | **PROPERTY AND ORDER THEREON** |
| Defendant. ) | |
| _____ ) | |

13

        Defendant Firme Hasan Hajjaj, by and through his counsel of record, Attorney Jim T. Elia,
hereby moves this court for an order exonerating the bond and for reconveyance of real property in
the above-captioned case.

        On or about June of 1998, defendant Firme Hasan Hajjaj surrendered for service of his
sentence to the Bureau of Prisons in the State of California.  Mr. Hajjaj has completed his sentence
and was released on April 9, 2001.

        In 1997 a deed of trust and promissory note was provided to the court for  property  located
at 447 W. Nebraska, Dinuba, California, 93618. Owners, Hajjaj Hasan and Fatin Hasan. The
property in question was used as a property bond to secure Mr. Hajjaj's appearances.

        Since Mr. Hajjaj has completed his sentence, the above owners respectfully request the court
exonerate the bond previously set by the magistrate court and reconvey title to the real property
securing said bond.

DATED: June 5, 2006                          Respectfully submitted,

                                             /s/ JIM T. ELIA
                                             ATTORNEY FOR DEFENDANT
                                             FIRME HASAN HAJJAJ

1

2  JIM T. ELIA, 79995
   ATTORNEY AT LAW
3  2300 TULARE STREET, SUITE 140
   FRESNO, CALIFORNIA 93721

4  TELEPHONE: (559) 498-3600                     FACSIMILE: (559) 498-6391

5  ATTORNEY FOR DEFENDANT FIRME HASAN HAJJAJ

6
                    IN THE UNITED STATES DISTRICT COURT
7
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
8

9  UNITED STATES OF AMERICA      )      CASE NO: 97-CR-5054 REC
                    Plaintiff,   )
10                               )      **ORDER**
   vs                           )
11                               )
   FIRME HASAN HAJJAJ           )
12                   Defendant. )
   ─────────────────────────    )
13

14       **IT IS HEREBY ORDERED** that the bond in the above-captioned case be

15  exonerated and title to the real property securing said bond be reconveyed to the owner of said

16  property.

17

18  DATED:    June 9, 2006                  /s/ OLIVER W. WANGER
                                            HONORABLE, OLIVER W. WANGER
19                                          UNITED STATES JUDGE OF THE EASTERN
                                            DISTRICT OF CALIFORNIA
20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28